# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: 5:20-cv-01763-SB-GJS | Date: January 20, 2021 |
|---|---|

**Title:** *James Rutherford v. H and D Investments, LLC, et al.*

**Present: The Honorable  STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers]

The complaint was filed on August 28, 2020; and the answer was filed on October 6, 2020. The DOE defendants remaining after the following date are dismissed (without further order):   March 26, 2021.

The Court has reviewed the Joint Rule 26(f) report and sets the pretrial and trial dates noted in the table below based on an evaluation of the complexity of the case. A more complete description of these deadlines is contained in the Order Setting Scheduling Conference. The deadlines below will *not* be continued absent *a timely showing of good cause*. **Good cause** requires a specific, detailed, and non-conclusory showing of diligence, describing: (i) all relevant work previously done (including when each item was completed), (ii) all relevant work that remains to be done, (iii) why the remaining work could not previously have been done (including efforts made to complete each remaining item), and (iv) why the amount of time requested is needed to complete the remaining work. A desire to engage is settlement discussions generally does not constitute good cause.

| | |
|---|---|
| **Trial**   ☐ Court  ☒ Jury   (Mon., 8:30 a.m.) | 8/23/21 |
| **Pretrial Conference**   (Fri., 11:00 a.m.) (including hearing on motions in limine) | 7/30/21 |
| **Motion to Amend Pleadings/Add Parties** (Hearing Deadline) | 3/26/21 |
| **Discovery Deadline – Nonexpert** | 3/26/21 |
| **Discovery Deadline – Expert** | 5/7/21 |
| Initial Expert Disclosure | 4/7/21 |
| Rebuttal Expert Disclosure | 4/23/21 |
| **Discovery Motion Hearing Deadline** | 5/7/21 |
| **Non-Discovery Motion Hearing Deadline** | 3/7/21 |
| **Settlement Conference Deadline** ☐ 1. Mag. J.  ☒ 2. Panel  ☐ 3. Private | 3/21/21 |
| **Post-Settlement Status Conf.** (Fri., 8:30 a.m.): | 4/2/21 |
| Status Report Due (3 court days before): | 3/30/21 |
| **Trial Filings (First Set) Deadline** | 7/2/21 |
| **Trial Filings (Second Set) Deadline** | 7/16/21 |

**IT IS SO ORDERED**.