1  Joseph R. Manning, Jr., Esq. (SBN 223381)
2  **MANNING LAW, APC**
   20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3  Tel: (949) 200-8755 Fax: (866) 843-8308
4  DisabilityRights@manninglawoffice.com

5  Attorneys for Plaintiff:
6  JAMES RUTHERFORD

7  Michael Philip Reiter (SBN 197768)
8  **MILLIGAN BESWICK LEVINE AND KNOX LLP**
   1447 Ford Street Suite 201
9  Redlands, CA 92374
10 909-798-3300
   Email: mreiter@mblklaw.org
11
12 Attorneys for Defendant:
   H & D INVESTMENTS, LLC

13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 5:20-cv-01763-SB-GJS |
| Plaintiff, | Hon. Stanley Blumenfeld, Jr |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| H & D INVESTMENTS, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: August 28, 2020<br>Trial Date: None Set |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

---

JOINT NOTICE OF SETTLEMENT

1

Plaintiff, JAMES RUTHERFORD, and Defendant, H & D INVESTMENTS, LLC, (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: March 17, 2021                           **MANNING LAW, APC**

                                                By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                      Joseph R. Manning, Jr., Esq.
                                                      Attorneys for Plaintiff,
                                                      James Rutherford

Dated: March 17, 2021     **MILLIGAN BESWICK LEVINE AND KNOX LLP**

                                                By:   */s/ Michael Philip Reiter*
                                                      Michael Philip Reiter
                                                      Attorney for Defendant,
                                                      H & D Investments, LLC

## CERTIFICATE OF SERVICE

I certify that on March 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                                Respectfully submitted,

Dated: March 17, 2021                           **MANNING LAW, APC**

                                                By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                      Joseph R. Manning, Jr., Esq.
                                                      Attorneys for Plaintiff
                                                      James Rutherford

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: March 17, 2021               **MANNING LAW, APC**

                                By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                      Joseph R. Manning, Jr., Esq.
                                      Attorneys for Plaintiff
                                      James Rutherford