Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
JAMES RUTHERFORD

Michael Philip Reiter (SBN 197768)
mreiter@mblklaw.org
**MILLIGAN BESWICK LEVINE AND KNOX LLP**
1447 Ford Street Suite 201
Redlands, CA 92374
909-798-3300

Attorneys for Defendant:
H & D INVESTMENTS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>H & D INVESTMENTS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 5:20-cv-01763-SB-GJS<br><br>Hon.  Stanley Blumenfeld, Jr<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 28, 2020<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and H & D INVESTMENTS, LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 26, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

DATED: April 26, 2021

**MILLIGAN BESWICK LEVINE AND KNOX LLP**

By: /s/   *Michael Philip Reiter*
    Michael Philip Reiter
    Attorneys for Defendant
    H & D Investments, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 26, 2021          By: /s/ *Joseph R. Manning, Jr.*

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE