```
                    FILED
            CLERK, U.S. DISTRICT COURT

              April 27, 2021

           CENTRAL DISTRICT OF CALIFORNIA
           BY:      VPC      DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>H & D INVESTMENTS, LLC, a California limited liability company;<br>and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 5:20-cv-01763-SB-GJS<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and H & D Investments, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 27, 2021

_____
UNITED STATES DISTRICT JUDGE